**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Kimberly Wasilewski
                                            Plaintiff,

v.                                          Case No.: 1:07−cv−02045
                                            Honorable Blanche M. Manning

National Enterprise Systems Inc
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 15, 2007:

    MINUTE entry before Judge Michael T. Mason : Motion hearing held on 11/15/07. Parties report that an agreement has been reached to settle the case. Plaintiff's motion for leave to file amended complaint and to modify fact discovery schedule [38] and defendant's motion to quash [36] are withdrawn without prejudice. Parties are advised to file the appropriate dismissal papers with the District Judge. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.