# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Kimberly Wasilewski

          Plaintiff,

v.                  Case No.: 1:07−cv−02045
                 Honorable Blanche M. Manning

National Enterprise Systems Inc

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 26, 2007:

   MINUTE entry before Judge Blanche M. Manning : Parties report that a settlement has been reached. At the request of the parties, status hearing set for 11/27/2007 is reset to 1/10/2008 at 11:00 AM. If a stipulation to dismiss is filed prior to the next date, the status hearing will be stricken.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.