# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KIMBERLY WASILEWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 CV 2045 |
| v. ) | Honorable Blanche M. Manning |
| ) | Magistrate Judge Mason |
| NATIONAL ENTERPRISE SYSTEMS, ) | |
| INC., an Ohio corporation, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Kimberly Wasilewski and Defendant National Enterprise Systems, Inc., by and through their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this matter be dismissed with prejudice pursuant to the Mutual Release and Settlement Agreement between the parties.

December 19, 2007                                              Respectfully submitted,


 /s/ Jason G. Shanfield                                         /s/ Jennifer W. Weller
Jason G. Shanfield                                              Jennifer W. Weller

Jason G. Shanfield (No. 6275896)                                Jennifer W. Weller
SHANFIELD LAW FIRM, LTD.                                        David M. Schultz
833 North Hoyne Ave., No. 3                                     HINSHAW & CULBERTSON, LLP
Chicago, Illinois 60622                                         222 North LaSalle Street, Suite 300
(312) 638-0819 (tel)                                            Chicago, Illinois 60601
                                                                (312) 704-3527 (tel)