Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2045 | **DATE** | 1/10/2008 |
| **CASE TITLE** | Wasilewski vs. National Enterprise Systems, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to FRCP 41(a)(1)(A)(ii), this case is voluntarily dismissed with prejudice. Status hearing stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|